RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
DANIEL RODRIGUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DANIEL RODRIGUEZ,<br><br>    Defendant._____/ | No. CR. 10-602-MAG<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE APPEARANCE FOR IDENTIFICATION OF COUNSEL** |

    Defendant Daniel Rodriguez, by and through his counsel Randy Sue Pollock, and Assistant United States Attorney Denise Oki hereby request that the appearance for identification of counsel be continued from June 26, 2019 at 10:30 a.m. to July 17, 2019 at 10:30 a.m.

    Mr. Rodriguez lives in Austin, Texas and counsel needs to request travel funds from the United States Marshall. Additionally, the parties need additional time to discuss the status of this case.

///

///

Date: June 25, 2019                    Respectfully submitted,

                                                   /s/
                                      RANDY SUE POLLOCK
                                      Counsel for Defendant
                                      Daniel Rodriguez

Date: June 25, 2019                                    /s/
                                      Denise Oki
                                      Special Assistant United States Attorney

## SO ORDERED:

**DATED: 6/27/2019**                    United States Magistrate Judge
                                      **Thomas S. Hixson**